EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Proyectos de Código de Conducta Profesional y de Reglas de Procedimiento para Asuntos Disciplinarios de la Abogacía y la Notaría | 2013 TSPR 151 <br><br> 189 DPR ____ |

Número del Caso: ER-2013-4

Fecha: 20 de diciembre de 2013

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Proyectos de Código de Conducta
Profesional y de Reglas de
Procedimiento para Asuntos            ER-2013-004
Disciplinarios de la Abogacía y
la Notaría

*RESOLUCIÓN*

San Juan, Puerto Rico, a 20 de diciembre de 2013.

El Colegio de Abogados de Puerto Rico en el 2005 sometió ante este Tribunal un Proyecto de Reglas de Conducta Profesional. Conforme la Resolución de 18 de noviembre de 2005, este Proyecto fue sometido a un proceso de consulta que les permitió a la ciudadanía y a la comunidad jurídica la oportunidad de examinarlo y presentar comentarios y recomendaciones ante el Secretariado de la Conferencia Judicial y Notarial. Finalizado ese proceso, y contando con el beneficio de los criterios de diversos sectores, en ocasión de una sesión plenaria, este Tribunal no aprobó dicho Proyecto.

No obstante, en consideración de la necesidad de actualizar el Código de Ética Profesional tras el transcurso de más de cuatro décadas de vigencia, se le encomendó al Secretariado de la Conferencia Judicial preparar un Proyecto de Código de Ética Profesional que tomara en consideración los últimos cambios realizados por la *American Bar Association* a sus Reglas Modelo de Conducta Profesional *y* las reacciones y los comentarios recibidos tras el proceso de consulta. Así también, se le instruyó analizar el Proyecto de Reglamento sobre Procedimiento Disciplinario Uniforme de Abogados(as) y Abogados(as) Notarios(as) que sometió el Colegio de Abogados en el 2007.

En cumplimiento con esta encomienda, el Secretariado de la Conferencia Judicial presentó ante la consideración del Tribunal un Proyecto de Código de Conducta Profesional y un Proyecto de Reglas de Procedimiento para Asuntos Disciplinarios de la Abogacía y la Notaría.

Sin haber examinado ni pasado juicio sobre ambos Proyectos, este Tribunal considera prudente que la ciudadanía y la comunidad jurídica tengan la oportunidad de conocerlos y de someter comentarios y recomendaciones al Secretariado de la Conferencia Judicial. Luego de culminar el proceso de consulta a la profesión y a la ciudadanía, el cual habrá de extenderse hasta el 28 de febrero de 2014, el Secretariado de la Conferencia Judicial preparará un Informe con el análisis de los comentarios recibidos y sus recomendaciones, para la consideración del Tribunal. Será en ese momento que el Tribunal examinará las propuestas del Secretariado y los comentarios recibidos y estará en posición de tomar una determinación sobre un nuevo Código que rija la conducta profesional de los abogados y las abogadas.

Notifíquese a la Directora del Secretariado de la Conferencia Judicial y Notarial.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


                                        Aida I. Oquendo Graulau
                                     Secretaria del Tribunal Supremo